O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS LE'BARRON GRAY, | CASE NO. CV 10-09190 CBM (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| T.K. GONZALEZ, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of CURTIS LE'BARRON GRAY, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:

2/7/2011

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE